# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: 26-3617 Case Manager: Robin

Case Name: United States of America v. City of Cleveland, OH

Is this case a cross appeal? ☐ Yes ☑ No

Has this case or a related one been before this court previously? ☑ Yes ☐ No

If yes, state:

Case Name: U.S. v. City of Cleveland Citation: 25-3460

Was that case mediated through the court's program? ☐ Yes ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

This appeal is being taken against the City of Cleveland, but the appeal is from the district court's denial of the United States' and Cleveland's Joint Motion to Terminate Settlement Agreement, in which the parties sought termination of a consent decree and dismissal of the case with prejudice. The United States intends to raise the issues of (1) whether the district court should have granted the parties' Joint Motion to Terminate Settlement Agreement under Federal Rule of Civil Procedure 60(b)(5) when there was no case or controversy remaining between the parties; (2) whether the district court should have granted the parties' Joint Motion under Rule 60(b)(5) when there is no longer any ongoing violation of federal law and a durable remedy has been implemented as to any past violation; and (3) whether the district court should have granted the parties' Joint Motion under Rule 60(b)(4) for the foregoing reasons and because the court exceeded its equitable jurisdiction in denying the Motion.

**This is to certify that a copy of this statement was served on opposing counsel of record this 22 day of July, 2026.**

Meredith L. Baker
Name of Counsel for Appellant