No. 26-3617

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Aug 19, 2026
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>CITY OF CLEVELAND, OH,<br><br>Defendant - Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <u>O R D E R</u> |

The United States appeals the district court's denial of the parties' joint motion to terminate a settlement agreement in a case in which no adverse party will appear. Upon examination, the court concludes that it is necessary to appoint counsel to defend the district court's position in this matter as amicus curiae.

Accordingly, the clerk is DIRECTED to appoint pro bono counsel to defend the district court's order. The clerk shall withhold a briefing schedule until pro bono counsel has entered an appearance.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk