OFFICE OF THE CIRCUIT MEDIATORS
**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**
**331 POTTER STEWART U.S. COURTHOUSE**
**100 EAST FIFTH STREET**
**CINCINNATI, OHIO 45202-3988**
CA06-MEDIATION@CA6.USCOURTS.GOV

CATHERINE C. GEYER
*Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

TELEPHONE (513) 564-7330
FAX (513) 564-7349

August 20, 2026

Meredith Baker
Elena N. Boop
Andrew Braniff
R. Jonas A. Geissler
Mark D. Griffin
William M. Menzalora
Delante Spencer Thomas

Re: *USA v. City of Cleveland, OH,* CA No. 26-3617

**CANCELATION NOTICE**

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this is to advise that the mediation conference currently scheduled for **August 20, 2026**, is hereby **CANCELED**.

Sincerely,

Connie A. Weiskittel

Connie A. Weiskittel
Mediation Administrator

cc: Kathryn L. Wollenburg