IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 26-3617

UNITED STATES OF AMERICA,

Plaintiff-Appellant

v.

CITY OF CLEVELAND, OH,

Defendant-Appellee

ON APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

**JOINT BRIEFING PROPOSAL**

In accordance with this Court's order of September 1, 2026, counsel for the United States files this Joint Briefing Proposal and states as follows:

1. This appeal arises from the district court's denial of the United States and City of Cleveland's Joint Motion to Terminate Settlement Agreement.

2. On August 28, 2026, this Court appointed Lisa Schiavo Blatt as Amica Curiae to defend the district court's judgment.

3. Counsel for the United States, counsel for the City of Cleveland, and court appointed Amica Curiae Ms. Blatt have conferred and agreed on the following proposed schedule:

- The United States' Opening Brief would be due Friday, October 30, 2026 (40 days from filing of transcripts).
- Briefs of non-appointed Amici Curiae in support of reversal would be due Friday, November 6, 2026.
- Briefs of non-appointed Amici Curiae neither in support of reversal nor in support of affirmance would be due Friday, November 6, 2026.
- The City of Cleveland's Brief would be due Monday, December 14, 2026 (45 days from filing of United States' Opening Brief).
- Court-Appointed Amica Curiae Ms. Blatt's Brief would be due Thursday, January 28, 2027 (45 days from filing of the City of Cleveland's Brief).
- Briefs of non-appointed Amici Curiae in support of affirmance would be due Thursday, February 4, 2027.

- The United States' Reply Brief would be due Friday, February 26, 2027 (29 days from filing of Court-Appointed Amica Curiae's Brief).

## CONCLUSION

Therefore, counsel for the United States requests that this Court enter the above joint proposed briefing schedule.

Respectfully submitted,


s/ Mark D. Griffin
MARK D. GRIFFIN (0064141)
Director of Law
ELENA N. BOOP (0072907)
Chief Trial Counsel
DELANTE S. THOMAS (0096349)
Chief Ethics Officer
WILLIAM M. MENZALORA (0061136)
Chief Assistant Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114
(216) 664-2800
MGriffin@clevelandohio.gov
EBoop@clevelandohio.gov
wmenzalora@clevelandohio.gov
dthomas3@clevelandohio.gov
*Counsel for Appellee City of Cleveland*

s/ Lisa S. Blatt
LISA S. BLATT
ERIN M. SIELAFF
DELANEY HERNDON
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, D.C. 20024
(202) 434-5000
lblatt@wc.com
*Counsel for Amica Lisa Blatt*

HARMEET K. DILLON
Assistant Attorney General

JONAS A. GEISSLER
Deputy Assistant Attorney General

ANDREW G. BRANIFF

s/ Meredith L. Baker
MEREDITH L. BAKER
Attorneys
Department of Justice
Civil Rights Division
Appellate Section
Ben Franklin Station
P.O. Box 14403
Washington, D.C. 20044-4403
(202) 532-3528
meredith.baker@usdoj.gov
*Counsel for Appellant United States of America*


Date: September 21, 2026

## CERTIFICATE OF SERVICE

On September 21, 2026, I filed this Joint Briefing Proposal with the Clerk of the Court by using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

s/ Meredith L. Baker
MEREDITH L. BAKER
Attorney